

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Alan Kiely, Appellant

No. 06-19-00012-CV        v.

Texas Farm Bureau Casualty Insurance
Company, Appellee

Appeal from the County Court at Law No. 2
of Hays County, Texas (Tr. Ct. No. 18-0050-
C). Memorandum Opinion delivered by
Justice Stevens, Chief Justice Morriss and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Alan Kiely, pay all costs of this appeal.

RENDERED JULY 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk